ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BILLY DANIEL RAULERSON, JR., Petitioner, | ) | |
| vs. | ) | Case No. CV505-057 |
| WILLIAM M. TERRY, Warden, Georgia Diagnostic Prison, Respondent. | ) | |

FILED U.S. DISTRICT COURT
2005 JUL 18 PM 4:44
CLERK
SO. DIST. OF GA.

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner, BILLY DANIEL RAULERSON, JR., by and through undersigned counsel, asks for leave to proceed in forma pauperis.

Petitioner's Affidavit of Poverty is attached hereto as Exhibit "A".

This 18th day of July, 2005.

Respectfully submitted,

STEVEN L. BEAUVAIS
Georgia Bar No.: 045709
Local Counsel

Zipperer, Lorberbaum & Beauvais
200 E. Saint Julian Street
Savannah, Georgia 31401
(912) 232-3770
(912) 232-0643 facsimile
sbeauvais@zlblaw.com

COUNSEL FOR PETITIONER

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

BILLY DANIEL RAULERSON,

Petitioner,

vs.

WILLIAM M. TERRY, Warden,
Georgia Diagnostic Prison,

Respondent.

Case No. ________________

AFFIDAVIT OF POVERTY

I, BILLY DANIEL RAULERSON, declare that I am the Petitioner in the above-entitled proceeding; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor, and that I believe that I am entitled to relief.

1. Are you employed? Yes_____ No ✓

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment, and the amount of salary and wages per month which you received.
   I did odd jobs for relatives sporadically until May 1993.

2. Have you received within the last twelve months any money from the following sources?

   a. Business, profession or form of self-employment? Yes___ No ✓
   b. Rent payments, interest or dividends? Yes___ No ✓
   c. Pensions, annuities, or life insurance payments? Yes___ No ✓
   d. Gifts or inheritances? Yes ✓ No___
   e. Any other sources? Yes___ No___

   If the answer to any of the above is "yes," describe each source of income and state the amount received from each during the past twelve months.
   Gifts: @ $ 300.00

3. Do you own any cash, or do you have any money in any checking or savings account?

   Yes ✓ No___ (Include any funds in prison account)
   If the answer is "yes," state the total value of the items owned.
   Cash: @ 300.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes___ No ✓
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute to their support.
   N/A

I understand that a false statement or answer to any question in this Affidavit will subject me to penalties for perjury.

Billy D. Raulerson Jr.
BILLY DANIEL RAULERSON

Sworn to and subscribed before me this 14th day of July, 2005.

Amy Conklin
NOTARY PUBLIC

My commission expires: AMY CONKLIN MY COMMISSION EXPIRES APR. 18 2009 COBB COUNTY, GEORGIA NOTARY PUBLIC

CERTIFICATE

I hereby certify that Petitioner, BILLY DANIEL RAULERSON, UNO-462992, has the sum of $ 294.49 on account to his credit at the Georgia Diagnostic Prison where he is confined.

I further certify that Petitioner likewise has the following securities to his credit according to the records of said Georgia Diagnostic Prison.

None

Rhonda Bargeron

Authorized Officer of Institution

GA DEPT OF CORRECTIONS
SCRIBE

GA DIAG CLASS PRISON

July 06, 2005 01:59 PM



Account Statement

**RAULERSON, BILLY**

Printed By: BAREFOOT, RHONDA

GDC ID: 462992

| Spendable Amount | Reserved Amount | Receipts On Hold | Funds Balance | Obligations/Court Charges |
|---|---|---|---|---|
| $284.49 | $10.00 | $0.00 | $294.49 | $0.00 |

**RECEIPTS**

| Receipt Date | Transaction ID | Receipt Type | Receipt Details | Receipt Amount |
|---|---|---|---|---|
| 07/05/2005 | 1463054 | MAIL ROOM RECEIPT | R CHMIEL - USP 08178752496 | $30.00 |
| 06/15/2005 | 1423843 | MAIL ROOM RECEIPT | M.RAULERSON - UPS92202051475 | $200.00 |
| 06/07/2005 | 1405672 | MAIL ROOM RECEIPT | R CHIMEL - USP 08178734878 | $30.00 |
| 06/06/2005 | 1404271 | MAIL ROOM RECEIPT | K MITCHELL - WU 08 276827538 | $105.00 |
| 04/26/2005 | 1320429 | MAIL ROOM RECEIPT | J CARPENTER.ESQ - USP 08167694725 | $50.00 |
| 04/13/2005 | 1300507 | MAIL ROOM RECEIPT | M.RAULERSON - UPS92200042528 | $80.00 |
| 04/11/2005 | 1294141 | MAIL ROOM RECEIPT | J.CARPENTER - UPS08167688008 | $100.00 |
| 03/24/2005 | 1262054 | MAIL ROOM RECEIPT | B KAMMER - USP8167683688 | $90.00 |
| 03/11/2005 | 1236935 | MAIL ROOM RECEIPT | R CHNIEL - USP07825349496 | $30.00 |
| 02/01/2005 | 1151153 | MAIL ROOM RECEIPT | ILLEG SIG - USP 0816765163 | $100.00 |
| 01/14/2005 | 1121295 | MAIL ROOM RECEIPT | A MICHAUD - AE 295 483 541 | $50.00 |
| 01/10/2005 | 1113026 | MAIL ROOM RECEIPT | ILLEG SIG - USP 07743524106 | $50.00 |
| 12/03/2004 | 1031108 | MAIL ROOM RECEIPT | R CHIEMEL - USP 07004276864 | $30.00 |
| 11/12/2004 | 992289 | MAIL ROOM RECEIPT | ILLEG. SIGN - USP7743509425 | $30.00 |
| 11/03/2004 | 972504 | MAIL ROOM RECEIPT | ILLEG SIG - FNB110253 | $40.00 |
| 10/06/2004 | 921749 | MAIL ROOM RECEIPT | RACHEL - USP7007523568 | $30.00 |
| 10/05/2004 | 919407 | MAIL ROOM RECEIPT | R CHIMIEL - USP7371486977 | $30.00 |
| 09/27/2004 | 906567 | MAIL ROOM RECEIPT | D MATTHEWS - USP07370511085 | $18.00 |
| 08/30/2004 | 855877 | MAIL ROOM RECEIPT | ILLEG SIG - WFB 84 495276450 | $53.00 |
| 08/20/2004 | 839796 | MAIL ROOM RECEIPT | A TAYLOR - USP 91981092047 | $20.00 |
| 08/05/2004 | 813705 | MAIL ROOM RECEIPT | ILLEG SIG - USP 07007500901 | $30.00 |
| 08/02/2004 | 804844 | MAIL ROOM RECEIPT | A TAYLOR - USP 91981086996 | $30.00 |
| 07/21/2004 | 785990 | MAIL ROOM RECEIPT | J RAULERSON - USP91981085545 | $25.00 |
| 07/09/2004 | 763576 | MAIL ROOM RECEIPT | J JOHNSON - USP91979259491 | $20.00 |
| 07/01/2004 | 749198 | MAIL ROOM RECEIPT | R CHMIEL - USP6683444818 | $30.00 |
| 06/07/2004 | 705466 | MAIL ROOM RECEIPT | J CARPENTER - USP6683438812 | $30.00 |
| 06/03/2004 | 698500 | MAIL ROOM RECEIPT | D MATTHEWS - USP 07005060764 | $35.00 |
| 06/02/2004 | 695695 | MAIL ROOM RECEIPT | V DAVIS - WU 08 108873556 | $34.00 |
| 05/12/2004 | 663802 | MAIL ROOM RECEIPT | R CHIMIEL - USP 06683434648 | $30.00 |
| 04/01/2004 | 589215 | MAIL ROOM RECEIPT | R CHIMIEL - USP06683405916 | $40.00 |
| 03/05/2004 | 542509 | MAIL ROOM RECEIPT | J CARPENTER - D BRVIN - USP 06370757763 | $30.00 |
| 02/09/2004 | 494497 | MAIL ROOM RECEIPT | W PARKER - USP 92109420180 | $30.00 |

Account Statement

RAULERSON, BILLY

Printed By: BAREFOOT, RHONDA

GDC ID: 462992

| Receipt Date | Transaction ID | Receipt Type | Receipt Details | Receipt Amount |
|---|---|---|---|---|
| 02/05/2004 | 487529 | MAIL ROOM RECEIPT | RACHEL - USP6370761925 | $30.00 |
| 01/13/2004 | 449091 | MAIL ROOM RECEIPT | P GOSSMAN - WFB84000038371 | $59.80 |
| 01/12/2004 | 448519 | MAIL ROOM RECEIPT | J CARPENTER - USP6374374255 | $30.00 |
| 12/29/2003 | 426543 | MAIL ROOM RECEIPT | J CARPENTER - USP05917492405 | $20.00 |
| 12/04/2003 | 377261 | MAIL ROOM RECEIPT | R CHIMIEL - USP6367903097 | $30.00 |
| 11/14/2003 | 347797 | MAIL ROOM RECEIPT | D MATTHEWS - USP6316424098 | $25.00 |
| 11/06/2003 | 334516 | MAIL ROOM RECEIPT | ILLEG SIG - USP063128267491 | $30.00 |
| 10/28/2003 | 318213 | MAIL ROOM RECEIPT | D MATTHEWS - USP06316412106 | $35.00 |
| 10/03/2003 | 278150 | MAIL ROOM RECEIPT | ILLEG. SIGN - USP6314290380 | $30.00 |
| 09/05/2003 | 230545 | MAIL ROOM RECEIPT | ILLEG SIG - USP06039904296 | $30.00 |
| 08/14/2003 | 197137 | MAIL ROOM RECEIPT | D MATTHEWS - USP6038262077 | $50.00 |
| 07/25/2003 | 162994 | MAIL ROOM RECEIPT | J CARPENTER - USP5763857927 | $50.00 |
| 07/01/2003 | 121944 | MAIL ROOM RECEIPT | J BLOCK - USP5763855510 | $50.00 |
| 06/06/2003 | 78594 | CONVERSION RECEIPT | CONVERSION - CONVERSION | $66.70 |

WITHDRAWALS

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 07/01/2005 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 07/2005 | $1.00 |
| 06/27/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $22.87 |
| 06/20/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $17.70 |
| 06/15/2005 | GA DIAG CLASS PRISON | MISCELLANEOUS | MARY L. SMITH | GIFT | $25.00 |
| 06/13/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $17.40 |
| 06/06/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $8.46 |
| 06/01/2005 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 06/2005 | $1.00 |
| 05/31/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $6.39 |
| 05/23/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $5.20 |
| 05/12/2005 | GA DIAG CLASS PRISON | MISCELLANEOUS | MARY F. RAULERSON | MARY F. RAULERSON | $121.00 |
| 05/09/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $35.82 |
| 05/04/2005 | GA DIAG CLASS PRISON | MISCELLANEOUS | TRADEWINDS PUBLICATIONS | TRADEWINDS PUBLICATIONS | $65.98 |
| 05/02/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $7.66 |
| 05/01/2005 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee 05/2005 | $1.00 |

Account Statement

RAULERSON, BILLY

Printed By: BAREFOOT, RHONDA

GDC ID: 462992

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 04/26/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $9.10 |
| 04/20/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | Store Purchase | $24.70 |
| 04/11/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $11.57 |
| 04/04/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $8.99 |
| 04/01/2005 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 04/2005 | $1.00 |
| 03/28/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $40.48 |
| 03/28/2005 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 1767279. MEDICAL 03/23/2005 | $5.00 |
| 03/22/2005 | GA DIAG CLASS PRISON | MISCELLANEOUS | MARY F. RAULERSON | MARY F. RAULERSON | $60.00 |
| 03/21/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $14.85 |
| 03/14/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $18.56 |
| 03/07/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $6.68 |
| 03/01/2005 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 03/2005 | $1.00 |
| 02/28/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $11.43 |
| 02/21/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $12.48 |
| 02/14/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $13.92 |
| 02/01/2005 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 02/2005 | $1.00 |
| 01/31/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $13.89 |
| 01/20/2005 | GA DIAG CLASS PRISON | MISCELLANEOUS | MARY F. RAULERSON | MARY F. RAULERSON | $65.00 |
| 01/18/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $2.48 |
| 01/10/2005 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $4.76 |
| 01/06/2005 | GA DIAG CLASS PRISON | MISCELLANEOUS | JACK L. MARCUS INC. | JACK L. MARCUS INC. | $54.50 |
| 01/01/2005 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 01/2005 | $1.00 |
| 12/27/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $7.35 |
| 12/20/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $20.93 |
| 12/13/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $15.03 |
| 12/06/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $17.50 |
| 12/01/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $3.48 |
| 12/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 12/2004 | $1.00 |
| 11/29/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $22.85 |

Account Statement

RAULERSON, BILLY

Printed By: BAREFOOT, RHONDA

GDC ID: 462992

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 11/22/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $3.47 |
| 11/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 11/2004 | $1.00 |
| 10/13/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $48.15 |
| 10/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 10/2004 | $1.00 |
| 09/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 09/2004 | $1.00 |
| 08/30/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $20.02 |
| 08/23/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $21.86 |
| 08/09/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $37.65 |
| 08/02/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 08/2004 | $0.35 |
| 08/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 08/2004 | $0.65 |
| 07/26/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $24.39 |
| 07/12/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $20.02 |
| 07/06/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $28.97 |
| 07/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 07/2004 | $0.97 |
| 07/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 07/2004 | $0.03 |
| 06/21/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $9.58 |
| 06/14/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $39.07 |
| 06/07/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $49.58 |
| 06/02/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 06/2004 | $0.74 |
| 06/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 06/2004 | $0.26 |
| 05/27/2004 | GA DIAG CLASS PRISON | MISCELLANEOUS | AMANDA K. RAULERSON | AMANDA K. RAULERSON | $105.00 |
| 05/24/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $3.05 |
| 05/10/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $40.95 |
| 05/03/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $3.79 |
| 05/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 05/2004 | $1.00 |
| 04/05/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $24.47 |
| 04/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 04/2004 | $1.00 |
| 03/08/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $29.97 |
| 03/01/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $4.36 |

Account Statement

**RAULERSON, BILLY**

Printed By: BAREFOOT, RHONDA

GDC ID: 462992

| Date | Location Paid | Withdrawal Type | Payable To | Detail | Amount |
|---|---|---|---|---|---|
| 03/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 03/2004 | $1.00 |
| 02/23/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $20.85 |
| 02/09/2004 | GA DIAG CLASS PRISON | MISCELLANEOUS | AMANDA K. RAULERSON | AMANDA K. RAULERSON | $48.00 |
| 02/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 02/2004 | $1.00 |
| 01/19/2004 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $7.10 |
| 01/01/2004 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 01/2004 | $1.00 |
| 12/08/2003 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $9.64 |
| 12/01/2003 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $5.32 |
| 12/01/2003 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 12/2003 | $1.00 |
| 11/18/2003 | GA DIAG CLASS PRISON | MISCELLANEOUS | BILLY D. RAULERSON SR. | BILLY D. RAULERSON SR. | $110.00 |
| 11/01/2003 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 11/2003 | $1.00 |
| 10/03/2003 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 10/2003 | $0.04 |
| 10/01/2003 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 10/2003 | $0.96 |
| 09/23/2003 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $8.45 |
| 09/15/2003 | GA DIAG CLASS PRISON | MISCELLANEOUS | BILLY DANIEL RAULERSON, SR. | BILLY DANIEL RAULERSON, SR. | $65.00 |
| 09/04/2003 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 483548. DENTAL 09/02/2003 | $5.00 |
| 09/01/2003 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 09/2003 | $1.00 |
| 08/11/2003 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $4.61 |
| 08/06/2003 | GA DIAG CLASS PRISON | MISCELLANEOUS | MARY F. RAULERSON | MARY F. RAULERSON | $80.00 |
| 08/01/2003 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 08/2003 | $1.00 |
| 07/28/2003 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $39.30 |
| 07/21/2003 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $8.26 |
| 07/01/2003 | GA DIAG CLASS PRISON | WITHDRAWAL FOR OBLIGATION | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE 07/2003 | $1.00 |
| 06/23/2003 | GA DIAG CLASS PRISON | STORE PURCHASE | GA DIAG CLASS PRISON | STORE PURCHASE | $22.12 |

**OBLIGATIONS**

Paid Status: P = Partially paid; Y = Paid in full; R = Reversed; W = Written off

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|

Account Statement | **RAULERSON, BILLY** | Printed By: BAREFOOT, RHONDA

GDC ID: 462992

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 07/01/2005 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 07/2005 | $1.00 | Y |
| 06/01/2005 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 06/2005 | $1.00 | Y |
| 05/01/2005 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | Monthly Processing Fee for 05/2005 | $1.00 | Y |
| 04/01/2005 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 04/2005 | $1.00 | Y |
| 03/28/2005 | GA DIAG CLASS PRISON | MEDICAL CO-PAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 1767279. MEDICAL 03/23/2005 | $5.00 | Y |
| 03/01/2005 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 03/2005 | $1.00 | Y |
| 02/01/2005 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 02/2005 | $1.00 | Y |
| 01/01/2005 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 01/2005 | $1.00 | Y |
| 12/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 12/2004 | $1.00 | Y |
| 11/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 11/2004 | $1.00 | Y |
| 10/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 10/2004 | $1.00 | Y |
| 09/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 09/2004 | $1.00 | Y |
| 08/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 08/2004 | $1.00 | Y |
| 07/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 07/2004 | $1.00 | Y |
| 06/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 06/2004 | $1.00 | Y |
| 05/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 05/2004 | $1.00 | Y |
| 04/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 04/2004 | $1.00 | Y |
| 03/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 03/2004 | $1.00 | Y |
| 02/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 02/2004 | $1.00 | Y |
| 01/01/2004 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 01/2004 | $1.00 | Y |

Account Statement **RAULERSON, BILLY** Printed By: BAREFOOT, RHONDA

GDC ID: 462992

| Date | Location Incurred | Obligation Type | Payable To | Obligation Detail | Amount | Paid |
|---|---|---|---|---|---|---|
| 12/01/2003 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 12/2003 | $1.00 | Y |
| 11/01/2003 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 11/2003 | $1.00 | Y |
| 10/01/2003 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 10/2003 | $1.00 | Y |
| 09/04/2003 | GA DIAG CLASS PRISON | MEDICAL CO-PAY | GEORGIA DEPARTMENT OF CORRECTIONS | RECORD ID = 483548. DENTAL 09/02/2003 | $5.00 | Y |
| 09/01/2003 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 09/2003 | $1.00 | Y |
| 08/01/2003 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 08/2003 | $1.00 | Y |
| 07/01/2003 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | MONTHLY PROCESSING FEE FOR 07/2003 | $1.00 | Y |
| 06/06/2003 | GA DIAG CLASS PRISON | MONTHLY PROCESSING FEE | GEORGIA DEPARTMENT OF CORRECTIONS | CONVERSION | $1.00 | W |

## COURT CHARGES

| Date | Location Incurred | Court Charge Type | Payable To | Court Charge Detail | Original Amount | Outstanding Balance |
|---|---|---|---|---|---|---|

## COURT CHARGE MODIFICATIONS

| Date Modified | Location | Court Charge Type | Payable To | Original Fee Amount | Modification Amount | Modification Reason |
|---|---|---|---|---|---|---|

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| **BILLY DANIEL RAULERSON, JR.,** | ) | |
| *Petitioner,* | ) | |
| v. | ) | **Case No. __________** |
| **WILLIAM M. TERRY, Warden,** **Georgia Diagnostic Prison,** | ) | |
| *Respondent.* | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2005, I caused a copy of the foregoing pleading to be served upon Respondent by first-class United States mail addressed as follows:

Karen Anderson
Assistant Attorney General
40 Capitol Square
Atlanta, Georgia 30344

Steven L. Beauvais
Attorney for Petitioner