# United States District Court
## Southern District of Georgia

| | |
|---|---|
| BILLY DANIEL RAULERSON, JR., <br> Plaintiff <br><br> v. <br><br> WILLIAM M. TERRY, Warden, <br> Defendant. | CASE NO.: **CV505-057** <br><br> Appearing on behalf of: Plaintiff/Petitioner <br><br> _____ <br> (Plaintiff/Defendant) |

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Kathleen R. Hartnett, hereby requests permission to appear pro hac vice in the subject case filed in the Waycross Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, U.S.D.C., District of Columbia.
**Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates Steven L. Beauvais as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 14th day of July, 2005.

_____
(Signature of Petitioner)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Steven L. Beauvais, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 18th day of July, 2005

045709
Georgia Bar Number

(912) 232-3770
Business Telephone

_____
Signature of Local Counsel

ZIPPERER, LORBERBAUM & BEAUVAIS (Law Firm)

200 E. St. Julian Street, Suite 100 (Business Address)
Savannah, Georgia 31401 (City, State, Zip)

P.O. Box 9147; Savannah, GA 31412 (Mailing Address)

# United States District Court
# for the District of Columbia

## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**KATHLEEN  R.  HARTNETT**

was, on the __2nd__ day of __February__ A.D. __2004__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __14th__ day of __July__, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _[signature]_
Deputy Clerk