```
Mon Jul 18 16:24:54 2005

    UNITED STATES DISTRICT COURT

    SAVANNAH

    Receipt No.   400 406943
    Cashier       nys

    Tender Type   CHECK

    Check Number: 2277

    Transaction Type   C

    Case No./Def No. 4:88-0T-2     /
1
    DO Code    Div No    Acct
     4621       4        6855XX

    Amount         $    300.00

    JENNER & BLOCK, 601 13TH NW, SUITE 1
200 S, WASHINGTON, DC 20005

    PRO HAC FOR HARTNETT; CARPENTER; DE
BRUIN ATTONEYS, CV505-057
```

bn