# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 25 P 3:40

Billy Daniel Raulerson, Jr.,    Case No. _CV505-157_
_____
Plaintiff

v.      Appearing on behalf of
William M. Terry, Warden,
Georgia Diagnostic Prison.      Plaintiff/ Petitioner
_____      _____
Defendant      (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __25th__ day of __July__, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER:    Julie W. Carpenter

Business Address:    Jenner & Block, LLP
                   Firm/Business Name

   601 13th Street N.W., Suite 1200
                   Street Address

                 Washington D.C.   20005
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2     City, State, Zip
(202) 639-6092     418768
Telephone Number (w/ area code) ~~Georgia~~ Bar Number
                            District of Columbia