# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 25 P 3: 40

Billy Daniel Raulerson, Jr.,    Case No. CV505-057
_____
Plaintiff

v.

William M. Terry, Warden,
Georgia Diagnostic Prison.
_____
Defendant

Appearing on behalf of

Plaintiff/ Petitioner
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 25th day of July, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER:    Julie W. Carpenter

Business Address:    Jenner & Block, LLP
                     Firm/Business Name

601 13th Street N.W., Suite 1200
                  Street Address

                  Washington   D.C.   20005
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2      City, State, Zip
(202) 639-6092      418768
Telephone Number (w/ area code) ~~Georgia~~ Bar Number
                             District of Columbia