# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 25  P 3: 40

| | |
|---|---|
| Billy Daniel Raulerson, Jr., <br> Plaintiff | Case No. CV505-057 |
| v. | Appearing on behalf of |
| William M. Terry, Warden <br> Defendant | Plaintiff/ Petitioner <br> (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 25th day of July, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Kathleen R. Hartnett

**Business Address:** Jenner & Block, LLP
Firm/Business Name

601 13th Street N.W., Suite 1200
Street Address

Washington D.C., 20005
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2          City, State, Zip
(202) 639-6092         483250

Telephone Number (w/ area code)   ~~Georgia~~ Bar Number
                                  District of Columbia