# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 25 P 3: 40

Billy Daniel Raulerson, Jr.,    Case No. CV505-057
_____
Plaintiff

v.          Appearing on behalf of

William M. Terry, Warden    Plaintiff/ Petitioner
_____    _____
Defendant                  (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 25th day of July, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Kathleen R. Hartnett

**Business Address:** Jenner & Block, LLP
Firm/Business Name

601 13th Street N.W., Suite 1200
Street Address

Washington D.C., 20005
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2      City, State, Zip
(202) 639-6092      483250

Telephone Number (w/ area code)   ~~Georgia~~ Bar Number
District of Columbia