# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 25 P 3: 40

Billy Daniel Raulerson, Jr.
_____
Plaintiff

Case No. _CV 505-057_

v.
William M. Terry, Warden,
Georgia Diagnostic Prison.
_____
Defendant

Appearing on behalf of

Plaintiff/ Petitioner
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __25th__ day of __July__, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| NAME OF PETITIONER: | David W. DeBruin |
| Business Address: | Jenner & Block, LLP |
| | Firm/Business Name |
| | 601 13th Street N.W., Suite 1200 |
| | Street Address |
| | Washington D.C. 20005 |
| Street Address (con't) | City   State   Zip |

Mailing Address (if other than street address)

| | |
|---|---|
| Address Line 2 | City, State, Zip |
| (202) 639-6092 | 337626 |
| Telephone Number (w/ area code) | ~~Georgia~~ Bar Number |
| | District of Columbia |