# United States District Court
## Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 25 P 3: 40

Billy Daniel Raulerson, Jr.
_____
Plaintiff

Case No. _CV505-057_

v.
William M. Terry, Warden,
Georgia Diagnostic Prison.
_____
Defendant

Appearing on behalf of

_Plaintiff/ Petitioner_
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _25th_ day of _July_, _2005_.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** David W. DeBruin

**Business Address:** Jenner & Block, LLP
Firm/Business Name

601 13th Street N.W., Suite 1200
Street Address

_____ Washington D.C. 20005
Street Address (con't)  City   State   Zip

Mailing Address (if other than street address)

Address Line 2            City, State, Zip
(202) 639-6092              337626
Telephone Number (w/ area code)  ~~Georgia~~ Bar Number
                        District of Columbia