IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BILLY DANIEL RAULERSON, JR., | * |
| Petitioner, | * |
| v. | *   Case No.: CV 505-057 |
| CARL HUMPHREY, Warden Georgia Diagnostic Prison, | * |
| Respondent. | * |

**O R D E R**

Presently pending before the Court is Petitioner's notice of appeal and motion for certificate of appealability. (Doc. no. 98.) Upon due consideration, Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, Petitioner's motion for a certificate of appealability (doc. no. 98) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of October, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA